**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: BATEMAN, AARON § Case No. 12-80211
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $125,258.00           Assets Exempt: $21,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,048.29     Claims Discharged
                                                Without Payment: $8,109.30

Total Expenses of Administration: $4,151.71

3) Total gross receipts of $ 7,200.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,200.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

Case 12-80211    Doc 48    Filed 05/06/14    Entered 05/06/14 14:35:07    Desc Main
                           Document    Page 2 of 9

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $71,403.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,151.71 | 4,151.71 | 4,151.71 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 11,206.02 | 3,143.57 | 3,143.57 | 3,048.29 |
| **TOTAL DISBURSEMENTS** | $82,609.02 | $7,295.28 | $7,295.28 | $7,200.00 |

4) This case was originally filed under Chapter 7 on January 24, 2012. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/15/2014          By: /s/BERNARD J. NATALE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1999 Volvo Semi co-obligor on title with Pathfin | 1129-000 | 2,000.00 |
| Flat Bed Trailer Rink co-obligor with Pathfinder | 1129-000 | 5,200.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,200.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | CitiMortgage | 4110-000 | 71,403.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$71,403.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 16.02 | 16.02 | 16.02 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,471.75 | 2,471.75 | 2,471.75 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 3.94 | 3.94 | 3.94 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Amount 1 | Amount 2 | Amount 3 |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | N/A | 1,470.00 | 1,470.00 | 1,470.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,151.71 | $4,151.71 | $4,151.71 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 2,237.00 | 2,188.51 | 2,188.51 | 2,122.18 |
| 2 | Provena Mercy Medical Center | 7100-000 | 955.00 | 955.06 | 955.06 | 926.11 |
| NOTFILED | Cach, LLC c/o F & A PC | 7100-000 | 2,351.63 | N/A | N/A | 0.00 |
| NOTFILED | Atlantic Credit & Finance c/o Freedman Anselmo | 7100-000 | 5,662.39 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $11,206.02 | $3,143.57 | $3,143.57 | $3,048.29 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80211  
**Case Name:** BATEMAN, AARON

**Trustee:** (330370)  BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/28/12 (c)  
**§341(a) Meeting Date:** 04/05/12

**Period Ending:** 04/15/14

**Claims Bar Date:** 08/02/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 54 E North Ave, Cortland, IL 60112, Single Famil | 116,500.00 | 0.00 | | 0.00 | FA |
| 2 | Checking: Old Second | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Checking: Castle Bank business account | 2,500.00 | 0.00 | | 0.00 | FA |
| 4 | Resource Bank checking account | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Old Second Bank savings account | 150.00 | 0.00 | | 0.00 | FA |
| 6 | Tv's, Washer, Dryer, Stove, Refrigerator, Beds, | 1,500.00 | 550.00 | | 0.00 | FA |
| 7 | Clothes | 100.00 | 0.00 | | 0.00 | FA |
| 8 | 1999 Volvo Semi co-obligor on title with Pathfin | 6,000.00 | 6,000.00 | | 2,000.00 | FA |
| 9 | 1999 GMC 2500 Extended Cab | 3,075.00 | 675.00 | | 0.00 | FA |
| 10 | 1995 Chevy 2500 Regular 384,000 miles | 1,033.00 | 133.00 | | 0.00 | FA |
| 11 | Flat Bed Trailer Rink co-obligor with Pathfinder | 10,000.00 | 10,000.00 | | 5,200.00 | FA |
| 11 | **Assets** Totals (Excluding unknown values) | **$141,258.00** | **$17,358.00** | | **$7,200.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 1, 2014   **Current Projected Date Of Final Report (TFR):**   October 15, 2013  (Actual)

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-80211 | | Trustee: | BERNARD J. NATALE (330370) |
| --- | --- | --- | --- | --- |
| Case Name: | BATEMAN, AARON | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******59-66 - Checking Account |
| Taxpayer ID #: | **-***2464 | | Blanket Bond: | $606,000.00  (per case limit) |
| Period Ending: | 04/15/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/11/12 | {8} | Aaron Bateman | Pymt on Compromise | 1129-000 | 2,000.00 | | 2,000.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,975.00 |
| 10/24/12 | {11} | Aaron Bateman | Pymt on Compromise | 1129-000 | 400.00 | | 2,375.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,350.00 |
| 11/27/12 | {11} | Aaron Bateman | Pymt on Compromise for Vehicles | 1129-000 | 400.00 | | 2,750.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,725.00 |
| 12/27/12 | {11} | Aaron Bateman | Compromise Re: Vehicles | 1129-000 | 400.00 | | 3,125.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,100.00 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033037088 20130117 | 9999-000 | | 3,100.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 3,200.00 | 3,200.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,100.00 | |
| | | | Subtotal | | 3,200.00 | 100.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $3,200.00 | $100.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-80211  
**Case Name:** BATEMAN, AARON  
**Taxpayer ID #:** **-***2464  
**Period Ending:** 04/15/14  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0366 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 3,100.00 | | 3,100.00 |
| 01/24/13 | {11} | Aaron Bateman | Pymt on Truck & Trail | 1129-000 | 400.00 | | 3,500.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,490.00 |
| 02/26/13 | {11} | Aaron Bateman | Pymt on Trailer | 1129-000 | 400.00 | | 3,890.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,880.00 |
| 03/26/13 | {11} | Aaron Bateman | Pymt on Compromise | 1129-000 | 400.00 | | 4,280.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,270.00 |
| 04/26/13 | {11} | Aaron Bateman | Pymt on Compromise | 1129-000 | 400.00 | | 4,670.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,660.00 |
| 05/29/13 | {11} | Aaron Bateman | Compromise Pymt on Vehicle | 1129-000 | 400.00 | | 5,060.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,050.00 |
| 06/03/13 | 10101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #12-80211, Pymt Bond #016018067 Voided on 06/03/13 | 2300-003 | | 3.81 | 5,046.19 |
| 06/03/13 | 10101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #12-80211, Pymt Bond #016018067 Voided: check issued on 06/03/13 | 2300-003 | | -3.81 | 5,050.00 |
| 06/03/13 | 10102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #12-80211, Pymt of Bond #016018067 for 06/01/13 to 06/01/14 | 2300-000 | | 3.94 | 5,046.06 |
| 06/26/13 | {11} | Aaron Bateman | Pymt on Compromise - Vehicles | 1129-000 | 400.00 | | 5,446.06 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,436.06 |
| 07/31/13 | {11} | Aaron Bateman | | 1129-000 | 400.00 | | 5,836.06 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,826.06 |
| 08/21/13 | {11} | Aaron Bateman | Payment on Compromise | 1129-000 | 200.00 | | 6,026.06 |
| 08/21/13 | {11} | Aaron Bateman | Pymt on Compromise | 1129-000 | 1,000.00 | | 7,026.06 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,016.06 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,006.06 |
| 12/03/13 | 10103 | BERNARD J. NATALE | Dividend paid 100.00% on $1,470.00, Trustee Compensation; Reference: | 2100-000 | | 1,470.00 | 5,536.06 |
| 12/03/13 | 10104 | Discover Bank | Distribution paid 96.96% on $2,188.51; Claim# 1; Filed: $2,188.51; Reference: | 7100-000 | | 2,122.18 | 3,413.88 |
| 12/03/13 | 10105 | Provena Mercy Medical Center | Distribution paid 96.96% on $955.06; Claim# 2; Filed: $955.06; Reference: | 7100-000 | | 926.11 | 2,487.77 |

Subtotals : $7,100.00  $4,612.23

{} Asset reference(s)

Printed: 04/15/2014 11:31 AM   V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 12-80211 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | BATEMAN, AARON | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0366 - Checking Account |
| Taxpayer ID #: | **-***2464 | | Blanket Bond: | $606,000.00  (per case limit) |
| Period Ending: | 04/15/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/03/13 | 10106 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,487.77 | 0.00 |
| | | | Dividend paid 100.00%    2,471.75<br>on $2,471.75;  Claim#<br>ATTY; Filed: $2,471.75 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%    16.02<br>on $16.02;  Claim# EXP;<br>Filed: $16.02 | 3120-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 7,100.00 | 7,100.00 | $0.00 |
| | | | Less: Bank Transfers | | 3,100.00 | 0.00 | |
| | | | Subtotal | | 4,000.00 | 7,100.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4,000.00 | $7,100.00 | |

| | Net Receipts : | 7,200.00 |
|---|---|---|
| | Net Estate : | $7,200.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****-******59-66 | 3,200.00 | 100.00 | 0.00 |
| Checking # ******0366 | 4,000.00 | 7,100.00 | 0.00 |
| | $7,200.00 | $7,200.00 | $0.00 |

{} Asset reference(s)

Printed: 04/15/2014 11:31 AM    V.13.14